ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Molly Jessie Company | ) ASBCA No. 60062 |
| | ) |
| Under Contract No. 291212-14-P-3001 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Greg Ryan
                                        Partner

APPEARANCES FOR THE GOVERNMENT:     Lt Col Matthew J. Mulbarger, USAF
                                      Air Force Chief Trial Attorney
                                      Capt Tamberneshia N. Willis, USAFR
                                      Trial Attorney

<u>ORDER OF DISMISSAL</u>

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 15 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60062, Appeal of Molly Jessie Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals